JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>MIMI SO INTERNATIONAL, LLC, a Delaware Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>                  Defendants. | Case No.: 2:21-CV-04877-RGK-MAA<br><br>CLASS ACTION<br><br>Hon. Judge R. Gary Klausner<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE<br><br>Complaint Filed: June 15, 2021<br>Trial Date:     None Set |

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Portia Mason and Defendant Mimi So International, LLC's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: October 5, 2021

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE